THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREON L. RILEY, Appellant. [727 NYS2d 366] —Motion for writ of error coram nobis granted and the order entered and decision filed March 31, 1999 (259 AD2d 1030) are hereby vacated. Memorandum: Defendant contends that he was denied effective assistance of appellate counsel because counsel failed to raise an issue on direct appeal that would have resulted in reversal, specifically, whether defendant was denied his right to decide whether to testify at trial. Upon our review of the trial court proceedings, we conclude that the issue may have merit. Therefore, the order entered and decision filed March 31, 1999 are vacated and the Court will consider the appeal de novo (*see, People v LeFrois,* 151 AD2d 1046). Defendant is directed to file and serve his records and briefs on or before July 16, 2001. Present—Green, J. P., Pine, Wisner, and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v VICTOR JOHNSON, Defendant. [727 NYS2d 364] —Motion for change of venue denied with leave to renew. Memorandum: We conclude that defendant has not met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Niagara County (CPL 230.20 [2]). If it develops during voir dire that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application is premature (*see, People v Mateo,* 239 AD2d 965; *see also, People v DiPiazza,* 24 NY2d 342). Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Mar. 1, 2001.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR R. AMES, Appellant, v TIMOTHY MURRAY, as Superintendent of Groveland Correctional Facility, Respondent. [727 NYS2d 366] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County—Howe, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Green, Kehoe, Burns and Lawton, JJ.